O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2644 AHM (SHx) | Date | November 30, 2010 |
|---|---|---|---|
| Title | THE GOLDMAN SACHS GROUP, INC. v. LYNN M. KLEIN, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    Before the Court is plaintiff The Goldman Sachs Group, Inc's Motion to Dismiss its Complaint in Interpleader.  No opposition to the motion was filed.

    For the reasons set forth in support of the Motion, and good cause appearing, the Court GRANTS the motion and DISMISSES the Complaint in Interpleader without prejudice, pursuant to Rule 41(a)(2).

    No hearing is necessary.  Fed. R. Civ. P. 78; L.R. 7-15.

**JS-6**

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |